IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: ANDRE T LAMPKINS
ERICA M LAMPKINS
188 RUGBY LN
COLUMBUS, OH 43230

CASE NO: 12-51816

CHAPTER 13

JUDGE: CHARLES M. CALDWELL

NOTICE OF INTENTION
TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Frank M. Pees, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00013 | A AARON & ASSOCIATES<br>7509 E MAIN ST<br>REYNOLDSBURG, OH 43068-7268 | 260.00 | 9.00 % | 0.00 % | UNSECURED |
| 00014 | Aaron Sales & Lease<br>Attn: Bankruptcy<br>2800 Canton Rd<br>Marietta, GA 30066 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00001 | AARONS SALO LOCKBOX<br>PO BOX 102746<br>ATLANTA, GA 30368 | 2,612.25 | 100.00 % | 5.00 % | SECURED |
| 00016 | Acnbk/glhec<br>2401 International Ln<br>Madison, WI 53704 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00017 | Acs/dept Of Ed<br>C/o Acs<br>Utica, NY 13501 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00109 | AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA 24022-2121 | 183.00 | 100.00 % | 0.00 % | ADMINISTRATIVE PRIORITY |
| 00007 | AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA 24022-2121 | Not filed | 9.00 % | 0.00 % | UNSECURED |

CASE NO. 12-51816    ANDRE T LAMPKINS and ERICA M LAMPKINS

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00018 | AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA  24022-2021 | 1,516.42 | 9.00 % | 0.00 % | UNSECURED |
| 00019 | American Home Shield<br>PO Box 2803<br>Memphis, TN  38101 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00020 | AMERICREDIT FINANCIAL SRVS INC<br>DBA GM FINANCIAL<br>PO BOX 183853<br>ARLINGTON, TX  76096 | 8,439.13 | 9.00 % | 0.00 % | UNSECURED |
| 00021 | Ampco System Parking<br>56 East Long Street<br>Columbus, OH  43215 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00022 | Anchorbank Fsb/glelsi<br>25 W Main Street<br>Madison, WI  53703 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00011 | ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH  43215 | 70.87 | 100.00 % | 0.00 % | PRIORITY |
| 00003 | ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH  43215 | 12.05 | 9.00 % | 0.00 % | UNSECURED |
| 00023 | Bank One Card Service<br>800 Brooksedge Blvd<br>Westerville, OH  43081 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00024 | CANDICA<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | 457.57 | 9.00 % | 0.00 % | UNSECURED |
| 00025 | Cashland<br>17 Triangle Park<br>Cincinnati, OH  45246 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00026 | CAVALRY PORTFOLIO SRVS LLC<br>500 SUMMIT LAKE DR #400<br>VALHALLA, NY  10595 | 2,121.86 | 9.00 % | 0.00 % | UNSECURED |

CASE NO. 12-51816    ANDRE T LAMPKINS and ERICA M LAMPKINS

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00068 | CHARLES MIFSUD SPECIAL COUNSEL<br>326 S HIGH ST ANNEX STE 201<br>COLUMBUS, OH  43215 | 2,491.77 | 9.00 % | 0.00 % | UNSECURED |
| 00027 | Childcare Consultants Inc.<br>111 Inah Ave.<br>Columbus, OH  43228 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00008 | City Of Columbus<br>Income Tax Division<br>50 West Gay Street, 4th Floor<br>Columbus, OH  43215 | Not filed | 100.00 % | 0.00 % | PRIORITY |
| 00028 | City of Gahanna<br>200 S Hamilton Road<br>Columbus, OH  43230 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00009 | City of Westerville - Income Tax Dept.<br>64 East Walnut Street<br>Westerville, OH  43081 | Not filed | 100.00 % | 0.00 % | PRIORITY |
| 00029 | COLUMBIA GAS OF OHIO<br>200 CIVIC CTR DR 11TH FL<br>COLUMBUS, OH  43215 | 886.28 | 9.00 % | 0.00 % | UNSECURED |
| 00030 | Columbus Dispatch<br>P.O. Box 182941<br>Columbus, OH  43218 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00002 | COLUMBUS MORTGAGE INC<br>3050 E MAIN ST<br>COLUMBUS, OH  43209 | 3,300.00 | 100.00 % | 5.00 % | SECURED-506 |
| 10002 | COLUMBUS MORTGAGE INC<br>3050 E MAIN ST<br>COLUMBUS, OH  43209 | 1,885.44 | 9.00 % | 0.00 % | UNSECURED |
| 00031 | Columbus Radiology<br>471 E Broad Street, Ste. 1500<br>Columbus, OH  43215 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00032 | Columbusfin<br>3050 E Main St<br>Columbus, OH  43209 | Not filed | 9.00 % | 0.00 % | UNSECURED |

CASE NO. 12-51816    ANDRE T LAMPKINS and ERICA M LAMPKINS

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00033 | Crd Prt Asso<br>Attn: Bankruptcy<br>Po Box 802068<br>Dallas, TX  75380 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00034 | Credit Management<br>4200 International Pwy<br>Carrolton, TX  75007 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00037 | Dept Of Education/neln<br>3015 Parker Rd<br>Aurora, CO  80014 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00038 | Dept Of Education/neln<br>3015 Parker Rd<br>Aurora, CO  80014 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00039 | Dinsmore and Shohl<br>PO Box 640635<br>Cincinnati, OH  45264 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00040 | Discover Card<br>P.O. Box 30943<br>Salt Lake City, UT  84130 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00036 | ECMC<br>PO BOX 75848 # 8682<br>ST PAUL, MN  55175-0848 | 4,233.51 | 9.00 % | 0.00 % | UNSECURED |
| 00052 | ECMC<br>PO BOX 75848 # 8682<br>ST PAUL, MN  55175-0848 | 36,865.62 | 9.00 % | 0.00 % | UNSECURED |
| 00041 | Enhanced Recovery Co L<br>10550 Deerwood Park Blvd<br>Jacksonville, FL  32256 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00042 | Ffcc-Columbus Inc<br>1550 Old Henderson Rd St<br>Columbus, OH  43220 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00043 | Ffcc-Columbus Inc<br>1550 Old Henderson Rd St<br>Columbus, OH  43220 | Not filed | 9.00 % | 0.00 % | UNSECURED |

CASE NO. 12-51816    ANDRE T LAMPKINS and ERICA M LAMPKINS

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00044 | Ffcc-Columbus Inc<br>1550 Old Henderson Rd St<br>Columbus, OH  43220 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00045 | Ffcc-Columbus Inc<br>1550 Old Henderson Rd St<br>Columbus, OH  43220 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00046 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD  57107 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00047 | First Select Corporation<br>Attn: Bankruptcy<br>3200 Hobson St<br>Detroit, MI  48201 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00048 | Gleds/glhec<br>2401 International Ln<br>Madison, WI  53704 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00050 | Glelsi/key Edu Resourc<br>2401 International Lane<br>Madison, WI  53704-3192 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00051 | Grant/Riverside Labs<br>PO Box 951455<br>Cleveland, OH  44193 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00054 | Ic Systems Inc<br>Po Box 64378<br>Saint Paul, MN  55164 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00056 | INSIGHT COMMUNICATIONS<br>3770 E LIVINGSTON AVE<br>COLUMBUS, OH  43227 | 682.49 | 9.00 % | 0.00 % | UNSECURED |
| 00010 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 7,745.89 | 100.00 % | 0.00 % | PRIORITY |
| 00057 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 2,373.50 | 9.00 % | 0.00 % | UNSECURED |

CASE NO. 12-51816  ANDRE T LAMPKINS and ERICA M LAMPKINS

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00058 | Jefferson Capital Syst<br>16 Mcleland Rd<br>Saint Cloud, MN  56303 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00059 | Keyed/glhec<br>2401 International Ln<br>Madison, WI  53704 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00060 | MaternOhio Clinical Associates<br>PO BOX 712353<br>Cincinnati, OH  45271 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00061 | Meade & Associates<br>Attn: Bankruptcy<br>737 Enterprise Dr<br>Westerville, OH  43081 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00062 | Meade & Associates<br>Attn: Bankruptcy<br>737 Enterprise Dr<br>Westerville, OH  43081 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00063 | MOUNT CARMEL HEALTH<br>6150 E BROAD ST<br>COLUMBUS, OH  43213 | 1,398.21 | 9.00 % | 0.00 % | UNSECURED |
| 00064 | Nco Fin /99<br>Po Box 15636<br>Wilmington, DE  19850 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00065 | Nicholas Financial Inc<br>2454 Mcmullen Booth Bldg<br>Clearwater, FL  33759 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00006 | OHIO CHILD SUPPORT PAYMENT CTR<br>PO BOX 182372<br>COLUMBUS, OH  43218-2372 | 1,417.88 | 100.00 % | 0.00 % | DOMESTIC SUPPORT |
| 00066 | Ohio Health<br>5350 Frantz Road<br>Dublin, OH  43016 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00067 | Ohio State Medical Center<br>Patient Financial Services<br>P.O. Box 183102<br>Columbus, OH  43218-3102 | Not filed | 9.00 % | 0.00 % | UNSECURED |

CASE NO. 12-51816    ANDRE T LAMPKINS and ERICA M LAMPKINS

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00069 | Otterbein<br>Business Office<br>Westerville, OH  43081 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00070 | OTTERBEIN UNIVERSITY<br>1 S GROVE ST<br>WESTERVILLE, OH  43081 | 7,917.73 | 9.00 % | 0.00 % | UNSECURED |
| 00071 | Pnc Bank<br>Attn: Bankruptcy<br>2730 Liberty Ave<br>Pittsburgh, PA  15222 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00111 | PORTFOLIO INVESTMENTS I LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131-1605 | 333.76 | 9.00 % | 0.00 % | UNSECURED |
| 00072 | PREFERRED CREDIT INC<br>PO BOX 1679<br>ST CLOUD, MN  56302-1679 | 500.00 | 100.00 % | 5.00 % | SECURED-506 |
| 00073 | Preferred Credit Inc<br>Po Box 1679<br>St Cloud, MN  56302 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 10072 | PREFERRED CREDIT INC<br>PO BOX 1679<br>ST CLOUD, MN  56302-1679 | 963.84 | 9.00 % | 0.00 % | UNSECURED |
| 00015 | QUANTUM3 GROUP LLC<br>ACE CASH EXPRESS INC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 592.38 | 9.00 % | 0.00 % | UNSECURED |
| 00012 | REGIONAL INCOME TAX AGENCY<br>PO BOX 470537<br>BROADVIEW HTS, OH  44147 | 893.14 | 100.00 % | 0.00 % | PRIORITY |
| 00035 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | 526.22 | 9.00 % | 0.00 % | UNSECURED |
| 00055 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | 6,814.37 | 9.00 % | 0.00 % | UNSECURED |

CASE NO. 12-51816    ANDRE T LAMPKINS and ERICA M LAMPKINS

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00074 | Riverside Methodist Hospital<br>P.O. Box 7527<br>Dublin, OH  43017 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00075 | Sallie Mae/glelsi<br>2401 International<br>Madison, WI  53704 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00076 | Salute<br>PO Box 105555<br>Atlanta, GA  30348 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00077 | Santander Consumer Usa<br>8585 N Stemmons Fwy Ste 1100-N<br>Dallas, TX  75247 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00110 | SHURONDA M HOWARD<br>45 TREVA CT<br>WESTERVILLE, OH  43081-4952 | Not filed | 100.00 % | 0.00 % | NOTICE ONLY |
| 00078 | Slm Entities/glelsi<br>2401 International<br>Madison, WI  53704 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00079 | Slmae/glelsi<br>2401 International<br>Madison, WI  53704 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00080 | SPRINT NEXTEL DISTRIBUTIONS<br>PO Box 3326<br>ENGLEWOOD, CO  80155-3326 | 1,069.98 | 9.00 % | 0.00 % | UNSECURED |
| 00081 | Stlnfnd/glhe<br>2401 International Pob 7859<br>Madison, WI  53704 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00082 | Stlnfnd/glhe<br>2401 International Ln<br>Madison, WI  53704 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00083 | Strbktr/glhe<br>2401 International<br>Madison, WI  53704 | Not filed | 9.00 % | 0.00 % | UNSECURED |

CASE NO. 12-51816    ANDRE T LAMPKINS and ERICA M LAMPKINS

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00084 | Sun Tr/glhec<br>2401 International Ln<br>Madison, WI  53704 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00085 | TIME WARNER<br>PO BOX 0916<br>CAROL STREAM, IL  60132 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00086 | Unique National Collec<br>119 E Maple St<br>Jeffersonville, IN  47130 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00087 | United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH  43614 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00088 | United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH  43614 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00089 | United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH  43614 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00090 | United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH  43614 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00091 | United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH  43614 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00092 | United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH  43614 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00093 | United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH  43614 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00094 | United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH  43614 | Not filed | 9.00 % | 0.00 % | UNSECURED |

CASE NO. 12-51816    ANDRE T LAMPKINS and ERICA M LAMPKINS

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00095 | United Collect Bur Inc<br>Pob 14948<br>Columbus, OH  43227 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00096 | United Collect Bur Inc<br>Pob 14948<br>Columbus, OH  43227 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00097 | United Collect Bur Inc<br>Pob 14948<br>Columbus, OH  43227 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00098 | US BANK<br>PO BOX 5227<br>CINCINNATI, OH  45201 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00099 | US DEPT OF ED NATL PAYMENT CTR<br>PO BOX 105028<br>ATLANTA, GA  30348-5028 | 3,665.06 | 9.00 % | 0.00 % | UNSECURED |
| 00100 | Us Dept Of Ed/glelsi<br>2401 International Ln<br>Madison, WI  53704 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00101 | Us Dept Of Ed/glelsi<br>2401 International Ln<br>Madison, WI  53704 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00049 | US DEPT OF EDUCATION<br>PO BOX 530229<br>ATLANTA, GA  30353-0229 | 10,933.99 | 9.00 % | 0.00 % | UNSECURED |
| 00053 | US DEPT OF EDUCATION<br>PO BOX 530229<br>ATLANTA, GA  30353-0229 | 10,778.80 | 9.00 % | 0.00 % | UNSECURED |
| 00102 | US DEPT OF EDUCATION<br>PO BOX 530229<br>ATLANTA, GA  30353-0229 | 18,875.73 | 9.00 % | 0.00 % | UNSECURED |
| 00103 | Usdoe/glelsi<br>2401 International<br>Madison, WI  53704 | Not filed | 9.00 % | 0.00 % | UNSECURED |

CASE NO. 12-51816 ANDRE T LAMPKINS and ERICA M LAMPKINS

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00104 | Valued Services, LLC<br>dba First American Loans<br>7047 Lee Highway<br>Chattanooga, TN 37421 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00105 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702 | 1,008.73 | 9.00 % | 0.00 % | UNSECURED |
| 00106 | Veronica Moss<br>3979 Carlton Avenue<br>Columbus, OH 43227 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00004 | Wells Fargo Home Mortgage<br>P.O. Box 10335<br>Des Moines, IA 50306-0335 | Surrendered | 9.00 % | 0.00 % | UNSECURED |
| 00107 | Wfhm<br>Po Box 10335<br>Des Moines, IA 50306 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| 00005 | Woodgate Condominium Association<br>c/o HomeARCH<br>5299 Valerie Angela Way<br>Canal Winchester, OH 43110 | Surrendered | 9.00 % | 0.00 % | UNSECURED |
| 00108 | Woodgate Condominium Association<br>c/o HomeARCH<br>5299 Valerie Angela Way<br>Canal Winchester, OH 43110 | Not filed | 9.00 % | 0.00 % | UNSECURED |
| | TOTAL | 143,827.47 | | | |
| 00000 | GREGORY S POPE ESQ<br>98 COUNTY LINE RD #A<br>WESTERVILLE, OH 43082 | 3,500.00 | 100.00 % | 0.00 % | ATTORNEY FEE |

Dated: September 26, 2012

/s/Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH 43085-6300
(614)436-6700