## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

In re:

       **Andre Lampkins**

       **Erica Lampkins**

*Debtor(s)*

Case No.  **2:1-BK-51816**

Chapter  **13**

### NOTICE OF CHANGE IN DEBTOR'S MAILING ADDRESS

Now comes the Debtors, Andre and Erica Lampkins, and their Attorney, **Gregory S. Pope**, and hereby notifies the Court, the Trustee, and all other interested parties that Debtors' mailing address and physical address should be changed for all purposes associated with the case as follows:

Andre and Erica Lampkins
964 Harrier Place
Reynoldsburg, Ohio 43068.

Please send all future communications and notices to this new address.

Respectfully submitted,

**/s/ Gregory S. Pope**
Gregory S. Pope 0065081
Pope Law Offices, LLC
98 County Line Road West, Suite A
Westerville, OH 43082
614-891-9500
Bankruptcy@Pope-Law-Offices.com

### CERTIFICATE OF SERVICE

I hereby certify that on **June 19, 2015**, a true copy of the foregoing document was served upon the following registered ECF participants, electronically through the court's ECF system at the email address registered with the court:

**Frank M. Pees**, trustee@ch13.org
**Asst US Trustee (Col),** ustpregion09.cb.ecf@usdoj.gov

**/s/ Gregory S. Pope**
Gregory S. Pope (0065081), Attorney for Debtors